Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE L. SILVEIRA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No: 3:11-cv-06660-JSC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

    WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a summary judgment motion; and

    WHEREAS, it is appropriate under the circumstances for counsel to be provided with reasonable time to make such investigation as he deems necessary to satisfy his non-delegable duties to the Court.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

    NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a Thirty (30) days extension of all deadlines in this action.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MELINDA L. HAAG |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |

/s/Robert C. Weems                     By:   /s/ Daniel Paul Talbert

Robert C. Weems, Attorney for Plaintiff

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail)

SO ORDERED:

DATE:   June 19, 2012

*[signature: Jacqueline S. Corley]*

JACQUELINE SCOTT CORLEY
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

Stipulation and Order

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems
Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.